**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHARLES H. COMFORT, III and MAXINE A. COMFORT, TRUSTEES OF THE COMFORT 1995 LIVING TRUST,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation; and DOES 1 - 20, inclusive,**<br><br>Defendant.<br><br>**STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation,**<br><br>Counterclaimant,<br><br>v.<br><br>**CHARLES H. COMFORT, III and MAXINE A. COMFORT, TRUSTEES OF THE COMFORT 1995 LIVING TRUST, ; and ROES 1 - 20, inclusive**<br><br>Counterdefendants. | **1:13-CV-00930-LJO-JLT**<br><br>**ORDER TO DISMISS WITH PREJUDICE AND CLOSE ACTION (Doc. 18)** |

Based on all Parties' stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **May 14, 2014**           /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE